IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EVERETT FINANCIAL, INC. d/b/a SUPREME LENDING, <br><br> Plaintiff, <br><br> v. <br><br> PRIMARY RESIDENTIAL MORTGAGE, INC.; BARRY G. JONES, individually; JAMES DURHAM, individually; and SHANNON FORTNER, individually, <br><br> Defendants. <br><br> BARRY G. JONES, individually; JAMES DURHAM, individually; and SHANNON FORTNER, individually, <br><br> Counter–Plaintiffs, <br><br> EVERETT FINANCIAL, INC. d/b/a SUPREME LENDING, and SCOTT EVERETT, individually, <br><br> Counterclaim Defendants. | Civil Action No. 3:14-CV-1028-D |

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

On this day the Court considered the Joint Motion to Dismiss with Prejudice ("Motion") filed jointly by all Parties to this lawsuit, and is of the opinion that such Motion should be in all things GRANTED.

IT IS THEREFORE ORDERED that, subject only to the terms of the Parties' Settlement Agreement, the Parties' Joint Motion to Dismiss with Prejudice is hereby GRANTED. All causes of action, claims, defenses and counterclaims that were or might have been asserted herein by, between, and/or against any of the Parties to this litigation are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Parties will each pay their respective attorney's fees and costs, including court costs, and that no fees or costs will be otherwise taxed, except as agreed upon within the Parties' Settlement Agreement.

SIGNED June 12, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE